

IN THE CIRCUIT COURT OF PERRY COUNTY, MISSISSIPPI

JAMES W. FRYE, ET AL.                                                    PLAINTIFFS

VS.                                                                CAUSE NO. 2004-0084

3M, ET AL.                                                                DEFENDANTS

## ORDER TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE

CAME, on this day, to be heard, Plaintiffs' Motion to Dismiss Certain Defendants, Laurel Machine and Foundry Company, Mississippi Rubber & Specialty Company, Industrial Rubber & Specialty Company and Komp Equipment, Inc., Without Prejudice. The Court, having reviewed this matter, is of the opinion that it should be, in all things, GRANTED.

IT IS HEREBY ORDERED that Defendants, Laurel Machine and Foundry Company, Mississippi Rubber & Specialty Company, Industrial Rubber & Specialty Company and Komp Equipment, be dismissed without prejudice from this cause of action.

SO ORDERED ON THIS 6th Day of June, 2005.

_____
JUDGE BOB HELFRICH

Prepared by:
ALICE W. COLEMAN MSB# 10785
BRENT COON & ASSOCIATES
188 E. Capitol St. Ste 1375
Jackson, MS 39201
(601) 714-5126
(601) 714-5129 - FAX



1